**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 04-1815

———————

KENNETH A. GREENE,

Plaintiff - Appellant,

versus

BALTIMORE GAS AND ELECTRIC COMPANY,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Andre M. Davis, District Judge.
(CA-04-1867-WDQ)

———————

Submitted: August 12, 2004        Decided: August 17, 2004

———————

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Kenneth A. Greene, Appellant Pro Se. Barbara Ann Gaughan,
CONSTELLATION ENERGY GROUP, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kenneth A. Greene appeals the district court's order denying his motion for a preliminary injunction and dismissing his complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Greene v. Baltimore Gas and Elec. Co., No. CA-04-1867-WDQ (D. Md. June 18, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED